IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02143-RPM

GERALD HAZOURI,

      Plaintiff,

v.

MICHELLE PESTAL,

      Defendant.

_____

ORDER FOR DISMISSAL
_____

      Pursuant to the Stipulation of Dismissal with Prejudice [8] filed June 27, 2012, it is

      ORDERED that this action is dismissed with prejudice, each party to pay their respective costs and attorney fees.

      Dated:   June 27th, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge